UNITED STATES of America, Plaintiff–Appellee,

v.

Christopher Paul HAWK, Defendant–Appellant.

No. 07–30067.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 20, 2011.

Helen J. Brunner, Esq., Bruce F. Miyake, Esq., USSE–Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Zenon P. Olbertz, Esq., Law Offices of Zenon P. Olbertz, Tacoma, WA, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Christopher Paul Hawk appeals from the district court's decision on remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), that it would not have imposed a materially different sentence had it known that the Sen-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

tencing Guidelines were advisory. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hawk's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief and Hawk has filed a supplemental brief. No answering brief has been filed.

Hawk's request for new counsel is denied.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**